UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF AN APPLICATION )
OF THE UNITED STATES OF AMERICA )
FOR A WARRANT DIRECTING THE )
PROVISION OF ANY SIGNALING )
INFORMATION, INCLUDING CELL SITE ) No. 4:13 mJ 3145 FRB
INFORMATION, PRECISION LOCATION )
INFORMATION, AND FACTORY ) **FILED UNDER SEAL**
INSTALLED "GPS" INFORMATION, )
ASSIGNED TO THE SPRINT CELLULAR )
TELEPHONE BEARING NUMBER (858) )
373-7108. )

## WARRANT

TO:   JAMES WETHINGTON, Task Force Officer, DEA, and any other authorized agents/officers of the DEA:

Application and Affidavit having been made before me by John M. Bodenhausen, an Assistant United States Attorney for the Eastern District of Missouri, and DEA Task Force Officer James Wethington, and full consideration having been given to the matter set forth therein, the Court finds:

(a)   There is probable cause to believe that the Sprint cellular telephone bearing number **(858) 373-7108** (hereinafter the **subject cellular telephone**) which is being utilized by Jonathan **COWDEN**, will be used to further the activity of a conspiracy to distribute and possession with the intent to distribute controlled substances, and to facilitate any or all of said offenses; in violation of 21 U.S.C. Sections 841(a)(1) and 846;

(b)   There is probable cause to believe that evidence of the commission of the above-described offenses will be obtained through the signaling information, including cell site

information, precision location information, and factory Global Positioning System (GPS) information of the **subject cellular telephone** for a period of forty-five (45) days from the date of this Warrant.

(c) This Court has jurisdiction over the offense(s) under investigation.

WHEREFORE, IT IS HEREBY ORDERED that, pursuant to Title 18, United States Code, Section 2703(c)(1)(A) that Sprint, any telecommunication service providers reflected in Attachment 1, here incorporated by reference, and any other applicable service provider(s), provide to DEA Task Force Officer James Wethington, together with law enforcement officials acting under the supervision of federal agents and their authorized representatives, to include the FBI, any signaling information, including cell site information, precision location information, and factory Global Positioning System (GPS) information of the **subject cellular telephone** for a period of forty-five (45) days from the date of this Warrant; and

IT IS FURTHER ORDERED that this Warrant and the application and affidavit of DEA Task Force Officer Wethington be sealed until further order of the Court.

This Warrant does not authorize interception of any communications as defined in Title 18, United States Code, Section 2510(4), but authorizes only the disclosure of signaling information, including cell site information, precision location information, and factory installed GPS information of the **subject cellular telephone**.

IT IS FURTHER ORDERED that DEA Task Force Officer Wethington return to this Court within forty-five (45) days of the date of the expiration of the authority granted pursuant to this Warrant and report under oath the date the information was initially provided and the date the information was no longer being provided.

IT IS FURTHER ORDERED that the application, affidavit and this Warrant are sealed.

*Frederick R. Buckles*
FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE
Eastern District of Missouri

Dated this __27th__ day of June, 2013.

Time: __8:30 a.m.__

## LIST OF TELECOMMUNICATION SERVICE PROVIDERS

<u>            Sprint            </u>
and

| | | | |
|---|---|---|---|
| 01 Communications | Egyptian Telephone | McCleod USA | Smart Beep Paging |
| Access Line Communication | Electric Lightwave, Inc. | MCI Worldcom | Smart City Telecom |
| ACN Comm | Elkhart Telephone | Metro PCS | Socket Telecom |
| ACS | Empire Paging | Metro Teleconnect | South Central Bell |
| Aero Communications, Inc. (IL) | Ernest Communications | Mid-Atlantic | Sprint-Nextel |
| Afford A Phone | Echelon Telecommunications | Midvale Telephone Exchange | Sprint Spectrum, L.P. |
| Airvoice LLC | EZ Talk Communications | Midwest Wireless | SRT Wireless |
| Alabama Cellular | FDN Communications | Millington Telephone | Star Telephone Company |
| Alhambra-Grantfx Telephone | Fibernit Comm | MLM Telecommunications | Start Wireless |
| Aliant | Florida Cell Service | Mobile Communications | Sugar Land Telephone |
| AmeriTel | Florida Digital Network | Mound Bayou Telephone Co. | Sure West Telephone Company |
| AOL Time Warner | Focal Communications | Mountain Bell | Talk America |
| Arch Communication | Frontier Communications | Mpower Communictions | TC-St. Louis |
| AT&T | Gabriel Comm | Navigator Telecommunications | Tele Touch Comm |
| AT&T Mobility | Galaxy Paging | NE Nebraska Telephone | Telecorp Comm |
| ATX Telecom Services | Global Communications | Netlink Comm | Telepak |
| Available Comm | Global Crossing | Network Services | Telistire |
| Bell Atlantic | Global Eyes Communications | Neustar | Telnet Worldwide |
| Bell South | Global Naps | Neutral Tandem | Tex-Link Comm |
| Big River Telephone | Global Rock Network | Nex-Tech/United Wireless | Time Warner Telecom |
| Birch Telecom | Grafton Telephone Company | Nexus Communications | T-Mobile |
| Brivia Communications | Grand River | NII Comm | Total Call International |
| Broadvox Ltd. | Grande Comm | North Central Telephone | Tracfone Wireless |
| Budget Phone | Great Plains Telephone | North State Comm | Trinity International |
| Bulls Eye Telecom | GTE | Northcoast Communications | Triton PCS Company |
| Cable Vision Lightpath | Harrington Telephone | Novacom | U-Mobile |
| Call Wave | Harrisonville Telephone Co. | Ntera | Unicel Cellular |
| Callipso | Heartland Communications | N-Teleus Wireless | United On-Line |
| Cbeyond Communications | Hickory Telephone | NTS Communications | United States Cellular Corp. |
| CCPR Services | Houston Cellular Telephone | Oklahoma City SMSA | United Telephone of MO |
| Cellco Partnership, | Huxley Communications | ONSTAR | US Cellular |
|   d/b/a Verizon Wireless | iBasis | Optel Texas Telecom | US Communications |
| Cellular One | IDT Corporation | Orion Electronics | US LEC |
| Cellular South | Illinois Consolidated | PacBell | US Link |
| Centennial Wireless |   Communications | PacWest Telecom | US West Communcations |
| Century Tel | Illinois Valley Cellular | PAETEC Communications | USA Mobility |
| Champaign Cellular | Insight Phone | Page Plus Communications | VarTec Telecommunications |
| Charter Communications | Integra | Page Mart, Inc. | Verisign |
| Chickasaw Telephone | Iowa Wireless | Page Net Paging | Verizon Telephone Company |
| Choctaw Telephone Company | IQ Telecom | Panhandle Telephone | Verizon Wireless |
| Choice Net Comm. | J2 Global Communications | Peerless Network | Viaero Wireless |
| Cimco Comm | Leap Wireless International | Pineland Telephone | Virgin Mobile |
| Cincinnati Bell | Level 3 Communications | PhoneTech | Vonage Holdings |
| Cinergy Communications | Level One | PhoneTel | Wabash Telephone |
| Citizens Utilities | Local Links Communications | Preferred Telephone | Weblink Wireless |
| Clear World Communication | Locus Communications | Priority Communications | Western Wireless |
| Com-Cast Cable Comm. | Logix Communications | Puretalk | Westlink Communications |
| Comm South Companies | Longlines Wireless | RenTel | Windstream Communications |
| Commercial Communications | Los Angeles Cellular | RCN Telecom | WinStar Communications |
| Consolidated Communications | Madison River Communications | RNK Telecom | Wirefly |
| Conversent Communications | Madison/Macoupin Telephone | QWEST Communications | WISPNET, LLC |
| Cox Communications |   Company | Sage Telecom | World Comm |
| Custer Telephone Cooperative | Mankato Citizens Telephone | SE All-Tel Comm | XO Communications |
| DBS Communications | Map Mobile Comm | Seren Innovations | Xspedius |
| Delta Communications | Marathon Comm | Sigecom LLC | Yakdin Valley Telephone |
| Detroit Cellular | Mark Twain Rural | Sky Tel Paging | YMAX Communications |
| Dobson Cellular | Matrix Telecom, Inc. | | Ztel Communications |
| | Max-Tel Communications | | |

**ATTACHMENT 1**                                            Last Update: 09/21/11